JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FALLS COIN LAUNDRY SERVICES, INC. D/B/A COIN LAUNDRY; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-06829 RGK (AGRx)**<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

1 | Based on the stipulation of the parties and for good cause shown:

2

3 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,

4

5 | all parties to bear their own fees and costs.

6

7 | SO ORDERED.

8

9 | DATED: April 28, 2020        _____

10 |                                United States District Court Judge